November 21, 1967

## Commonwealth ex rel. Cabey, Appellant, v. Rundle.

Argued September 13, 1967. *Sara Duffy*, for appellant; *Welsh S. White*, Assistant District Attorney,

with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.